SCHWARTZ AND NAGLE TIRES, INC., PLAINTIFF-RESPONDENT,. v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF MIDDLESEX, ET AL., DEFENDANTSPETITIONERS.

See same case below: 6 *N. J. Super.* 79.

*Mr. Edmund A. Hayes,* for the petitioners.

*Messrs. Stein & Feinseth* and *Mr. Julius Stein,* for the respondent.

March 6, 1950. Denied.

PROVIDENT TRUST COMPANY OF PHILADELHPIA, EXECUTOR OF THE ESTATE OF LYDIA J. JENKINS, DECEASED, APPELLANT-RESPONDENT, v. WALTER T. MARGETTS, Jr., TREASURER, ETC., RESPONDENTPETITIONER.

See same case below: 5 *N. J. Super.* 420.

*Mr. Theodore D. Parsons,* Attorney General, and *Mr. William A. Moore,* for the petitioner.

*Messrs. Boyle, Archer & Greiner* and *Mr. F. Morse Archer, Jr.,* for the respondent.

March 6, 1950. Denied.